881 A.2d 1241

IN THE MATTER OF DAVID S. SILVERMAN, AN ATTORNEY
AT LAW (ATTORNEY NO. 245381971).

September 21, 2005.

ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 04–408, concluding that **DAVID S. SILVERMAN** of **CLIFTON**, who was admitted to the bar of this State in 1971, should be suspended from the practice of law for a period of six months for violating *RPC* 7.2(c) (a lawyer shall not give anything of value to a person for recommending the lawyer's services) and *RPC* 7.3(d) (a lawyer shall not compensate or give anything of value to a person to recommend or secure the lawyer's employment by a client or as a reward for having made a recommendation resulting in the lawyer's employment by a client);

And **DAVID S. SILVERMAN** having been ordered to show cause why he should not be disbarred or otherwise disciplined;

And the Court having determined from its review of the matter that a one-year suspension from practice is warranted;

And good cause appearing;

It is ORDERED that **DAVID S. SILVERMAN** is suspended from the practice of law for a period of one year and until the further Order of the Court, effective October 21, 2005; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of suspension and that respondent comply with *Rule* 1:20–20; and it is further

ORDERED that pursuant to *Rule* 1:20–20(c), respondent's failure to comply with the Affidavit of Compliance requirement of

*Rule* 1:20–20(b)(15) may (1) preclude the Disciplinary Review Board from considering respondent's petition for reinstatement for a period of up to six months from the date respondent files proof of compliance; (2) be found to constitute a violation of *RPC* 8.1(b) and *RPC* 8.4(c); and (3) provide a basis for an action for contempt pursuant to *Rule* 1:10–2; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.